IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAMONT D. WALKER,

    Plaintiff,

v.

CHRISTA MORRISON and
DAVID GARDNER,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-432-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff Lamont D. Walker's failure to state a claim upon which relief may be granted.

/s/                                          10/25/2017

Peter Oppeneer, Clerk of Court            Date